In the Matter of the Accounting of FLORENCE B. MEAD et al., as Executors of WILLIAM E. ADAMSON, Deceased.

FLORENCE B. MEAD, Individually and as Executrix, Appellant and Respondent; WILLIAM E. HALLOCK et al., Respondents and Appellants; JOHN B. CLARK, Individually and as Executor, et al., Respondents.

*Matter of Mead,* 173 App. Div. 982, affirmed.
(Argued October 1, 1917; decided October 16, 1917.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered May 19, 1916, which affirmed a decree of the Kings County Surrogate's Court surcharging and settling the accounts of the executors of William E. Adamson, deceased. The sole question in this court was as to the legal effect of the attempted gift by the decedent to the executrix Florence B. Mead of the sum of $40,000, represented by two checks for $20,000 each. The executors claimed that there was a completed gift of the two checks, and that they were justified in allowing the executrix Florence B. Mead to keep the said $40,000 and in not making any mention of it in their account. The contestants claimed that there was no completed gift of either check, and that the $40,000 are assets of the estate for which the executors must account. The surrogate held that the gift was complete as to one check of $20,000 and incomplete as to the other, and surcharged the executors with $20,000.

*Lee L. Ottaway* for Florence B. Mead, appellant and respondent.

*Robert H. Wilson* for William E. Hallock et al., respondents and appellants.

*H. C. Storck* and *George A. McLaughlin* for respondents.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.